UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMES R. FRANCIS<br>LA. DOC #92059<br>VS.<br><br>STATE OF LOUISIANA | CIVIL ACTION NO. 6:17-CV-290<br><br>SECTION P<br><br>DISTRICT JUDGE WALTER<br>MAGISTRATE JUDGE HANNA |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED and DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 19 day of December, 2017.

---
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE